

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00245-CR

Vanessa **CAMERON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
The Honorable Velia J. Meza, Judge Presiding

## O R D E R

The Reporters' Motion for Extension of Time to File Reporter's Record is hereby GRANTED. The reporter's record is due on August 30, 2019. NO FURTHER EXTENSIONS.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court